JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DLAVANCE SULLIVAN,<br><br>              Plaintiff,<br><br>       v.<br><br>PLAYA VISTA PROPERTY MANAGEMENT, INC.,<br><br>              Defendant. | Case No.  CV 23-5493-GW-RAOx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

   Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

   IT IS SO ORDERED.

Dated: May 6, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE